**SUPPRESSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 21-30133-DWD |
| vs. ) | |
| ) | |
| JAMARIANTE N. BURGESS, ) | Title 18, United States Code, |
| and ARMON R. SIMPSON, ) | Sections 2119 and 924(c)(1)(A) |
| ) | |
| Defendants. ) | |

**FILED**

**SUPERSEDING INDICTMENT**

JAN 19 2022

**THE GRAND JURY CHARGES:**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## COUNT 1

### CONSPIRACY TO COMMIT CARJACKING

Beginning around July 12, 2021 through and including August 5, 2021, in St. Clair County, Illinois, within the Southern District of Illinois, the Eastern District of Missouri, and elsewhere,

**JAMARIANTE N. BURGESS,
and ARMON R. SIMPSON,**

defendants herein, did combine, conspire, confederate, and agree with each other and others known and unknown to the grand jury to take motor vehicles that had been transported, shipped, and received in interstate or foreign commerce from the presence of another by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Section 2119.

**Object of the Conspiracy**

The object of the conspiracy was to enrich themselves by using physical force and violence to obtain vehicles and personal belongs from the victims.

**Manner and Means Used to Facilitate the Conspiracy**

Among the manner and means used by the defendants to carry out the object of the conspiracy were the following:

a. Meeting together to plan the taking of motor vehicles.

b. Obtaining and maintaining multiple firearms and ammunition to use against the victims during the course of the carjackings.

c. Traveling together by vehicle in search of a vehicle or vehicles to take by force.

d. Pointing the firearms at the victims and forcibly taking the vehicle and other personal belongings from the person or presence of the victims.

e. Driving the carjacked vehicles for general transportation.

**Overt Acts**

In furtherance of the conspiracy, and to effect the illegal objects thereof, the defendants performed, participated in and did the following acts, among others, in the Southern District of Illinois and the Eastern District of Missouri:

a. On or about July 12, 2021, BURGESS, SIMPSON, and others known and unknown, took a motor vehicle, being a black 2008 Mitsubishi Lancer, bearing unknown registration, that had been transported, shipped, and received in interstate or foreign commerce from the presence of I.M. by force, violence, and intimidation with the intent to cause death and serious bodily harm, by brandishing a firearm.

b. On or about August 5, 2021, BURGESS, SIMPSON, and others known and unknown, took a motor vehicle, being a 2014 Cadillac ATS, bearing Missouri Registration TF1E8H, that had been transported, shipped, and received in interstate or foreign commerce from the presence of C.V. by force, violence, and intimidation, with the intent to cause death and serious bodily harm, by brandishing a firearm.

c. On or about August 5, 2021, BURGESS, SIMPSON, and others known and unknown, took a motor vehicle, being a 2021 BMW 228i, bearing Missouri registration JC1Y5X, that had been transported, shipped, and received in interstate or foreign commerce from the presence of C.B. by force, violence, and intimidation, with the intent to cause death and serious bodily harm, by brandishing a firearm.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

**CARJACKING**

On or about August 5, 2021, within the Eastern District of Missouri and the Southern District of Illinois,

**JAMARIANTE N. BURGESS,
and ARMON R. SIMPSON,**

defendant herein, did take a motor vehicle, being a black 2021 BMW 228i bearing Missouri registration JC1Y5X, by force, violence, and intimidation, with the intent to cause death or serious bodily harm, in violation of Title 18, United States Code, Section 2119.

## COUNT 3

### CARRY AND USE OF A FIREARM DURING A CRIME OF VIOLENCE

On or about August 5, 2021, within the Eastern District of Missouri and the Southern District of Illinois,

**JAMARIANTE N. BURGESS,
and ARMON R. SIMPSON,**

defendant herein, did knowingly use, carry and brandish a firearm during and in relation to, and did knowingly possess in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, that is: Carjacking as named and fully described in Count 2, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Counts 1-3 of this indictment,

**JAMARIANTE N. BURGESS,
and ARMON R. SIMPSON,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any property constituting, or derived from, any proceeds said defendants obtained, directly or indirectly, as the result of such violation and any property of the defendants used, or intended to be used, in any manner or part, to commit or to facilitate the commission of said offense, and all firearms and ammunition involved in or used in any knowing violation of the offense described in this Superseding Indictment, including, but not limited, to the

following:

a Springfield XDM, 40 caliber pistol bearing serial number MG368367, and any and all ammunition contained therein or within seized firearm; a Stoeger Arms, Lueger, 9mm pistol bearing serial number T6429-21S01212, and any and all ammunition contained therein or within seized firearm; and a Walther, PPX, 9mm pistol, bearing serial number FAQ0288, and any and all ammunition contained therein or within seized firearm.

**A TRUE BILL**

**FOREPERSON**

ALEXANDRIA BURNS
Assistant United States Attorney

Digitally signed by STEVEN WEINHOEFT
Date: 2022.01.18 22:48:35 -06'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention