**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 21-CR-30133-2-DWD |
| | ) | |
| ARMON R. SIMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

**DUGAN, District Judge:**

A superseding indictment filed on January 19, 2022, charges Defendant Armon R. Simpson with Conspiracy to Committee Carjacking (Count 1), Carjacking (Count 2), and Carrying and Using a Firearm during a Crime of Violence (Count 3), in violation of 18 U.S.C. §§ 371, 2119, and 924(c)(1)(A) (Doc. 33).

A criminal complaint filed prior to the superseding indictment alleges that Defendant, and at least two other suspects, were involved in a carjacking incident involving three victims, aged 21, 21, and 27. The complaint alleges that in the early morning of August 5, 2021, the victims returned to their parked BMW. A 4-door black sedan approached and parked in front of the BMW preventing the victims from driving away. Two men exited the sedan. One pointed a handgun with a green laser at the driver and demanded that the driver's side passengers exit the BMW, which they did. He then took the driver's purse and pushed the firearm against the victim's face demanding the vehicle keys. The victims told him that the keys were in a backpack inside the BMW.

1

The second man approached the front passenger and pointed a handgun at the passenger's face, forced the victim from the BMW, and removed their cell phone. The two men then entered the BMW and fled. The third suspect drove away in the black sedan. Later that morning, the three suspects drove the BMW to a housing project in East St. Louis, at which time the suspects fired multiple rounds from their handguns out of the BMW and into the housing complex. A victim of the shooting was taken to a hospital and placed on a ventilator.

This matter is scheduled for a jury trial, set to begin on January 30, 2023 (Doc. 79). Currently, Defendant is represented by CJA Panel Attorney Talmage E. Newton, IV. By Motion dated November 16, 2022, Defendant seeks to have a substitute attorney appointed for him (Doc. 78). The Court has also been informed that the parties believe a hearing pursuant to *Missouri v. Frye*, 566 U.S. 134 (2012), would be prudent (Doc. 77). Accordingly, a hearing on Defendant's Motion (Doc. 78) and a *Frye* hearing will be set by a separate Court Order.

Upon careful consideration of the record, the Court finds that a limited appointment is warranted in this matter for the purpose of advising Defendant on issues related to his Motion to Substitute Counsel and a potential *Frye* hearing. Thus, the Court **APPOINTS** CJA Panel Attorney Daniel R. Schattnik for this limited representation. Attorney Schattnik shall meet with Defendant and advise him of:

(1) His rights to appointed counsel and the Court's role in inquiring about his request to have a substitute attorney appointed for him;

(2) The impact that the appointment of new substitute counsel would have on his case;

(3) The relevant procedures and inquiries which would be made at a *Frye* hearing; and

(4) The impact any potential offers made by the Government, and the rejection or acceptance of those offers, may have on the outcome of his case, including during the pretrial phase, at trial, at sentencing, and on appeal.

Although Attorney Schattnik's appointment in this matter is limited to providing advice about Defendant's Motion to Substitute Counsel and issues related to a *Frye* hearing, the confidences, if any, shared by Defendant will be subject to full attorney-client privilege protection.  While Defendant is not compelled to offer any information to Attorney Schattnik, he is **DIRECTED** to meet with and hear from him.  Failure to do so will serve only to delay resolution of his pending Motion to Substitute Counsel.

Attorney Schattnik is **DIRECTED** to provide a copy of this Order to Defendant and **SHALL** further appear for the hearing on Defendant's Motion to Substitute Attorney and his *Frye* hearing.  Those hearings will be set by separate notice.  After the hearings, Attorney Schattnik will be relieved of his appointment in this matter.

**SO ORDERED.**

Dated: November 18, 2022

_____
DAVID W. DUGAN
United States District Judge

3